**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1458**

In re: KEVEN A. MORGAN,

      Petitioner.

On Petition for Writ of Mandamus.  (5:19-hc-02153-M)

Submitted:  July 23, 2020

Decided:  July 27, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Keven A. Morgan, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keven A. Morgan petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 (2018) petition.[*]  He seeks an order from this court directing the district court to decide his case and to order the Attorney General of North Carolina to produce documents relating to a 2014 wiretapping order.  The present record does not reveal undue delay in the district court or any other reason for this court to intervene in the proceedings.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] In his mandamus petition, Morgan also appears to allege that the district court has unduly delayed in acting on his October 23, 2019, motion to dismiss and vacate his charges and conviction.  However, the district court interpreted the October 23, 2019, pleading as a motion to amend Morgan's § 2254 petition and granted the motion on November 26, 2019.